*EXHIBIT B*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF:<br><br>In the Complaint of ROCKAWAY JET SKI, LLC as Owner of Two 2013 Yamaha Model VX1100A-M Personal Watercrafts, Bearing Hull ID Numbers: US-Yama3184L213 and US-Yama3885D313 For Exoneration From or Limitation of Liability,<br><br>Petitioner. | Case No.<br><br>Civil Action in ADMIRALTY<br><br>**AFFIDAVIT OF VALUE** |

Glenn DiResto, being duly sworn, deposes and says:

1. I am an owner of Rockaway Jet Ski, LLC, which owns two 2013 Yamaha Model VX1100A-M personal watercrafts, bearing hull ID numbers: US-Yama3184L213 and US-Yama3885D313 (the "VESSELS").

2. Rockaway Jet Ski, LLC purchased the VESSELS in 2013 for eight-thousand-five-hundred dollars each ($8,500 each).

3. Based on my opinion and experience, the VESSELS have a current value of seven-thousand dollars each ($7,000.00) for a total of fourteen-thousand dollars ($14,000.00)

_____
GLENN DIRESTO

STATE OF _New York_ )
                    ) SS:
COUNTY OF _Queens_  )

The foregoing instrument was acknowledged before me by GLENN DIRESTO, who is personally known to me or who has produced _Drivers License_ as identification and did/did not take an oath.

IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this _25_ day of _March_, 2014.

Notary Public _[signature]_
My Commission Expires: _8/5/2017_
Commission Number: _01EL6287209_

```
ABRAHAM E. ELLIS
Notary Public - State of New York
NO. 01EL6287209
Qualified in Queens County
My Commission Expires Aug 5, 2017
```