*EXHIBIT A*

# THIS DOCUMENT ACTS AS A WAIVER AND RELEASE OF LIABILITY.
# PLEASE READ IT CAREFULLY.
# THIS DOCUMENT AFFECTS YOUR LEGAL RIGHTS.

1. The undersigned agrees that he/she expressly assumes the risk of any and all activities related to the rental, operation and use of the rental equipment provided by the ROCKAWAY JETSKI, LLC by any user of the equipment including any third parties. In voluntarily assuming the inherent risk of participating in these activities, the undersigned expressly assumes all risk of bodily injury, death, or property damage that might result, even if such bodily injury, death, or property damage arises out of the negligence or fault of the ROCKAWAY JETSKI, LLC, including under theories of strict product liability. The undersigned further expressly assumes the risk of the negligent or deliberate acts of any third person not associated with the ROCKAWAY JETSKI, LLC.

2. The undersigned agrees to Release the ROCKAWAY JETSKI, LLC (including all of the ROCKAWAY JETSKI, LLC's employees, agents, servants, representatives, successors, assigns, affiliates, directors, officers and owners) from any and all liability as a result of any bodily injury, death, or property damage related to the rental, operation or use of equipment provided by the ROCKAWAY JETSKI, LLC, even if such bodily injury, death, or property damage arises out of the negligence or fault of the ROCKAWAY JETSKI, LLC, including under theories of strict product liability. This Release from liability also applies to any minor children of the undersigned. The undersigned agrees that the ROCKAWAY JETSKI, LLC shall not be responsible for any loss, damage or theft of personal property related to the undersigned's use of equipment provided by the ROCKAWAY JETSKI, LLC. The undersigned is personally responsible for any bodily injury, death, or property damage to other operators, passengers, or users of equipment provided by the ROCKAWAY JETSKI, LLC, even if such damages arise out of the negligence or fault of the ROCKAWAY JETSKI, LLC, including under theories of strict product liability.

3. The undersigned agrees to hold harmless and indemnify the ROCKAWAY JETSKI, LLC for all bodily injury, death, or property damage sustained by any third parties, including, but not limited to, the undersigned's minor children, passengers of watercraft operated by the undersigned, or occupants of other watercraft related to the undersigned's use of equipment provided by the ROCKAWAY JETSKI, LLC, even if such bodily injury, death, or property damage arises out of the negligence or fault of the ROCKAWAY JETSKI, LLC, including under theories of strict product liability.

4. To the extent any Court holds a portion of this agreement invalid or unenforceable, the remaining portions should be read as having full force and effect.

**By signing this document, the undersigned acknowledges that he/she: (1) has read the document; (2) is signing it voluntarily; (3) has had sufficient time to review the document and ask questions; (4) is at least eighteen (18) years of age and is legally competent to sign this document; and (5) is signing a contract between the undersigned and the ROCKAWAY JETSKI, LLC which may restrict the legal rights of the undersigned and the undersigned's minor children, including the right to bring legal action against the ROCKAWAY JETSKI, LLC for the ROCKAWAY JETSKI, LLC's own negligence, including under theories of strict product liability.**

Dated: _____

Renter

_____
Operator/Passenger

_____
Renter Address

_____
Operator/Passenger

06.23.2013
Date / time

_____
Operator/Passenger

**EXHIBIT**
Kelcakova 11
2-27-15 Charisse Romeo

A